UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHEREE SHAUNTA COLE | § | |
| | § | |
| v. | § | CASE NO. 4:19-CV-706 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On February 22, 2021, the Report of the Magistrate Judge, (Dkt. #14), was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of Social Security be remanded.  Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the final decision of the Commissioner of Social Security is **REMANDED** for further review.

**So ORDERED and SIGNED this 11th day of March, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE