UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHEREE SHAUNTA COLE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-706-SDJ |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Sheree Shaunta Cole's Motion for Attorney Fees under the Equal Access to Justice Act, (Dkt. #17), and the Commissioner's Response, (Dkt. #19), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion, (Dkt. #17), is **GRANTED**, and the Commissioner is directed to pay two thousand ninety-four dollars and eight cents, ($2,094.08), in attorney fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**So ORDERED and SIGNED this 26th day of April, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE